## Lillian H. Cazier, Appellee, v. Phillip State Bank of Chicago, Appellant.

### Gen. No. 23,283.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed December 3, 1917.

### Statement of the Case.

Action by Lillian H. Cazier, plaintiff, against Phillip State Bank of Chicago, a corporation, defendant, to recover a balance claimed to be due out of the proceeds of a sale of realty. From a judgment for plaintiff for $3,732.29, defendant appeals.

Otto G. Ryden, for appellant.

Donald L. Morrill, for appellee.

Mr. Justice Dever delivered the opinion of the court.

### Abstract of the Decision.

Assumpsit, Action of, § 89*—*when evidence supports verdict in action for money had and received.* In an action to recover money had and received, evidence examined and *held* sufficient to support a judgment for plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.